1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Geoffrey V. White (SBN 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California Street, Suite 1500
San Francisco, CA 94104
Telephone:  (415) 362-5658
Facsimile:  (415) 362-4115

Attorneys for Plaintiff

Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California  94104
Telephone:  (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID NALE,

            Plaintiff,

    vs.

EQUINIX, INC. LONG-TERM DISABILITY
PLAN, and UNUM LIFE INSURANCE CO.
OF AMERICA,

           Defendants.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 09-4462 VRW

**STIPULATION AND ORDER FOR
DISMISSAL OF ACTION WITH
PREJUDICE**

1    Plaintiff DAVID NALE and Defendants EQUINIX, INC. LONG TERM DISABILITY

2    PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their

3    respective counsel of record, hereby stipulate that this matter be dismissed with prejudice,

4    each party to bear its own costs of suit and attorney's fees.

5

6

7    DATE: May 4, 2010                    LAW OFFICE OF GEOFFREY V. WHITE

8
                                          By:  /s/ Geoffrey V. White
9                                              _____
                                               GEOFFREY V. WHITE
10                                             Attorneys for Plaintiff
                                               DAVID NALE
11

12
     DATE: May 4, 2010                    GREEN & HUMBERT
13

14                                        By:  /s/ Horace W. Green
                                               _____
15                                             HORACE W. GREEN
                                               Attorneys for Defendants
16                                             EQUINIX, INC. LONG TERM
                                               DISABILITY PLAN and UNUM LIFE
17                                             INSURANCE COMPANY OF
                                               AMERICA
18

19

20                                        **ORDER**

21        IT IS SO ORDERED.

22

23   DATED: 1/7/2011                      _____

24                                        VAUGHN R. WALKER
                                          United States District Judge
25

26

27

28